

No. 11–0526/AF. U.S. v. Kody T. Weeks. CCA 37535. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 22, 2012.